Dismissed and Memorandum Opinion filed December 30, 2008








Dismissed
and Memorandum Opinion filed December 30, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01110-CV

____________

 

PETER A. PERRAULT, VALERIE
PERRAULT, AND PETER J. SAPIO, Jr.,
Appellants

 

V.

 

JAMES ROBERT O'DONNELL, Appellee

 



 

On Appeal from the
56th District Court

Galveston County,
Texas

Trial Court Cause
No. 08CV1104

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 19, 2008.  On December 16, 2008,
appellants filed a motion to dismiss the appeal because the case has settled.  
See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Frost, Brown, and Boyce.